HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
pmello@hansonbridgett.com
WALTER R. SCHNEIDER - 173113
wschneider@hansonbridgett.com
MEGAN OLIVER THOMPSON - 256654
moliverthompson@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants State of California, Governor
Edmund G. Brown, Jr., James Humes, Jeanne Woodford,
Matthew L. Cate, Terri L. McDonald, Scott M. Kernan,
Wendy S. Still, Margarita E. Perez, Marvin E. Speed,
Arnold P. Fitt, Robert G. Doyle, Martin N. Hoshino,
Rhonda W. Skipper-Dotta, George E. Lehman, Patricia A.
Cassady, Richard D. Jallins, William B. Crisologo, Alan
Silver, Edward McNair, and Kenneth E. Cater

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DEREK WHEAT, et al., | No. CV 11-02026 SBA |
| Plaintiffs, | **STIPULATION AND  ORDER EXTENDING PLAINTIFF'S DEADLINE TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | **Date:      October 4, 2011**<br>**Time:      1:00 p.m.**<br>**Ctrm.:     1**<br>**The Hon. Saundra Brown Armstrong** |

1    Pursuant to Local Rule 6-2, Plaintiff and Defendants, through their respective

2    counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, Plaintiff's Complaint alleges eleven causes of action and is 72 pages.

4    WHEREAS, Defendants filed a motion to dismiss on June 30, 2011 with a hearing

5    date of October 4, 2011.

6    WHEREAS, on June 30, 2011, Defendants proposed to revise the opposition and

7    reply deadlines set by Local Rule 7-3 based on counsel's pre-scheduled vacation plans

8    in July and August.

9    WHEREAS, Plaintiff now wishes (and believes himself compelled) to amend the

10   Complaint to more fully and properly reference recent legislation (AB 109) based on the

11   Governor's signing of the state budget on June 30, 2011.  Plaintiff seeks an additional

12   five days in order to do so.

13   WHEREAS, Defendants anticipate filing a second motion to dismiss after Plaintiff

14   amends his complaint.  Based on counsel's intervening pre-scheduled vacation and the

15   complexity of the issues, Defendants seek an additional nine days to file the anticipated

16   motion.

17   WHEREAS, the parties also seek to adjust the opposition and reply brief

18   deadlines somewhat based on the complexity of the issues and the length of Plaintiff's

19   Complaint and Defendants' anticipated second motion to dismiss.

20   WHEREAS, the parties do not seek to change the hearing date of October 4,

21   2011.  The parties' proposed briefing schedule requires all briefing to be submitted to the

22   Court fourteen days before the scheduled hearing date.

23   WHEREAS, the parties previously stipulated to two extensions of time for

24   Defendants to file their responsive pleading to the Complaint, in part based on the

25   complexity of issues and length of the Complaint and in part based on Plaintiff's

26   preference to have ADR efforts precede contested litigation activity.

27   THEREFORE, the parties stipulate and agree, and respectfully request the Court

28   to order, as follows:

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO AMEND
COMPLAINT AND BRIEFING SCHEDULE ON MTD (CV 11-02026 SBA)                3095819.1

1       1.      Plaintiff's last day to amend his Complaint as a matter of course  is

2  extended to July 26, 2011.

3       2.      Defendants shall have until August 18, 2011 to file any motion challenging

4  Plaintiff's amended complaint.

5       3.      Plaintiff shall have until September 6, 2011 to file any opposition to

6  Defendants' motion.

7       4.      Defendants shall have until September 20, 2011 to file any reply to

8  Plaintiff's opposition.

9       5.      The hearing date of October 4, 2011 at 1:00 p.m. shall remain on calendar.

10     IT IS SO STIPULATED.

11

12  DATED:  July 8, 2011                HANSON BRIDGETT LLP

13

14                            By: /s/ Megan Oliver Thompson
                                PAUL B. MELLO

15                           WALTER R. SCHNEIDER
                           MEGAN OLIVER THOMPSON

16                           RENJU P. JACOB
                           Attorneys for Defendants

17

18  DATED:  July 8, 2011                ERIC C. JACOBSON
                           PUBLIC INTEREST LAWYER

19

20                            By: /s/ Eric C. Jacobson

21                             ERIC C. JACOBSON
                           Attorney for Plaintiff Derek Wheat

22                           & the aspiring parolee/probationer
                           class

23

24

25

26

27

28

- 3 -

1

2          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3    DATED:  7/18/11

4

5          _____

6          THE HON. SAUNDRA BROWN ARMSTRONG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO AMEND
COMPLAINT AND BRIEFING SCHEDULE ON MTD (CV 11-02026 SBA)                    3095819.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -