UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEREK WHEAT, a current parolee, ANTONIO MARTINEZ, a current parolee, and SHANDON DAVIS, a felon currently serving a determinate sentence, on behalf of themselves and a class of similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No: C 11-2026 SBA<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Dkt. 22 |

On August 18, 2011, Defendants filed a twenty-five page motion to dismiss. Dkt. 22. The page limit for non-summary judgment motions is fifteen pages. See Standing Orders ¶ C.2 (eff. July 1, 2011). Because Defendants neither sought nor obtained prior leave of Court to exceed the applicable page limits, their motion is improper and will not be considered. See Grove v. Wells Fargo Fin. Cal., Inc., 606 F.3d 577, 582 (9th Cir. 2010) (upholding district court's denial of motion to tax costs which was not in compliance with the court's local rules). Accordingly,

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss (Dkt. 22) is STRICKEN from the record. Defendants are granted leave to refile their motion, in a memorandum that is fifteen pages or less by no later than August 30, 2011. Plaintiffs' opposition shall be filed by no later than September 13, 2011, and Defendants' reply shall be filed by September 20, 2011. The hearing on the motion will take place on October 4, 2011, at 1:00 p.m. The Case Management Conference scheduled for September 22, 2011, is CONTINUED to October 4, 2011, and will follow the hearing on the motion. The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-1(b), in which case no appearance for the motion or

1 | Case Management Conference will be necessary.  No other motions in this case may be
2 | noticed for October 4, 2011.  The parties are advised to check the Court's website to
3 | determine whether a court appearance is required.  This Order terminates Docket 14 and 22.
4 |     IT IS SO ORDERED.
5 | Dated:  August 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge